**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JERMAINE CARSON,

                Plaintiff,

-against-

WESTERN EXPRESS, INC., and
TIMOTHY TUCKER,

                Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/18/19

**19 CIVIL** 2227 (ER)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 14, 2019, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
        November 18, 2019

                                    **RUBY J. KRAJICK**
                                      **Clerk of Court**

BY:             _Kmango_
                                      **Deputy Clerk**